**Order entered January 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00838-CV

**KHOSROW SADEGHIAN, Appellant**

**V.**

**DAVID JACO, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13719**

## ORDER

Before the Court is appellee's December 31, 2018 motion to dismiss the appeal and his January 2, 2019 letter asking that the motion be withdrawn. Accordingly, we **WITHDRAW** appellant's motion.

Appellant's brief on the merits is due **January 28, 2019**.

/s/      BILL WHITEHILL
         JUSTICE